**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 16-cv-03143-CMA-KLM

BETSY A HAY,

    Plaintiff,

v.

FAMILY TREE, INC., a 501(c) non-profit organization conducting business in Colorado,

    Defendant.

---

**ORDER AFFIRMING AND ADOPTING THE RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE KRISTEN L. MIX**

---

This matter is before the Court on the Recommendation by United States Magistrate Judge Kristen L. Mix (Doc. # 59), wherein she recommends that this Court grant in part and deny in part Defendant Family Tree, Inc.'s Second Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. # 31). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 59 at 22–23.) Despite this advisement, no objections to the Recommendation have been filed. "[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection,

the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).

After reviewing the Recommendation of Magistrate Judge Mix and all relevant pleadings and legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 59) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Defendant's Second Motion to Dismiss (Doc. # 31) is GRANTED as to Plaintiff's breach of contract, breach of implied contract, and promissory estoppel claims, and that these three claims are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that Defendant's Second Motion to Dismiss (Doc. # 31) is DENIED as to Plaintiff's ADEA claim.

DATED: March 20, 2018

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge